WELLINGTON A. CARTER, Respondent, *v.* ELMIRA H. KAIN, Executrix, etc., Appellant.

(Argued September 24, 1873; decided October 7, 1873.)

*J. H. Whitelegge* for the appellants.

*Thomas M. Wyatt* for the respondent.

Agree to affirm.    No opinion.
Judgment affirmed.

---

MARY LUDDINGTON et al., Respondents, *v.* ABRAHAM B. MILLER et al., Appellants.

(Argued September 26, 1873; decided October 7, 1873.)

*A. H. Dana* for the appellants

*George W. Lord* for the respondents.

RAPALLO, J., reads for affirmance of order of General Term and judgment absolute for plaintiffs, pursuant to stipulation.
All concur.
Order affirmed, and judgment accordingly.